No. 89–7777.  KELLOGG, AS NEXT FRIEND TO LONCHAR *v.* ZANT, WARDEN.  Super. Ct. Ga., Butts County.  Motion of petitioner to consolidate this case with No. 89–7838, *Hamilton, as Natural Mother and Next Friend to Smith* v. *Texas,* denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentence in this case.

No. 90–45.  HOFFMANN-LA ROCHE INC. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA. C. A. 11th Cir.  Motion of American Medical Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 90–47.  WHITE *v.* FRANK, POSTMASTER GENERAL.  C. A. 5th Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 90–51.  AETNA LIFE INSURANCE CO. ET AL. *v.* KANE, INDIVIDUALLY AND AS GUARDIAN, NEXT FRIEND, AND ON BEHALF OF KANE, A MINOR.  C. A. 11th Cir.  Motion of respondent to strike supplemental brief to petition denied.  Certiorari denied.

No. 90–98.  FRANKLIN ET AL. *v.* PEAT MARWICK MAIN & CO. ET AL.  C. A. 9th Cir.  Motion of National Association of Securities and Commercial Law Attorneys for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 90–107.  COURIER-JOURNAL & LOUISVILLE TIMES CO. ET AL. *v.* F. T. P. ET AL.  Ct. App. Ky.  Motion of respondent F. T. P. for leave to proceed *in forma pauperis* granted.  Certiorari denied.